450 A.2d 187

Commonwealth v. Spaulding, Appellant.

Submitted October 26, 1981.   David P. Truax, for appellant;   Donald E. Lewis, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.

450 A.2d 187

Commonwealth v. Thomas, Appellant.

Petition for Allowance of Appeal
Denied Nov. 30, 1982.

Submitted March 22, 1982.   William A. Fetterhoff, for appellant;   William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.